IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JASON GAINES, JR.,[1] | § |
| | § No. 289, 2018 |
| Respondent, | § |
| Appellant, | § Court Below—Family Court |
| | § of the State of Delaware |
| v. | § |
| | § File No. CK15-03210 |
| PATRICIA L. GAINES, | § Petition No. 16-30656 |
| | § |
| Petitioner Below, | § |
| Appellee. | § |

Submitted: November 27, 2018
Decided: December 7, 2018

## ORDER

On November 1, 2018, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the Family Court filing fee and transcript costs. The appellant failed to respond to the notice to show cause within the required ten-day period. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).